IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Danny Kerbs, | NO. C 09-00910 JW |
| Petitioner, | **JUDGMENT** |
| v. | |
| Ed Foulk, Dir. of Napa State Hosp., | |
| Respondent. | |

Pursuant to the Court's December 20, 2010 Order Denying Petition for Writ of Habeas Corpus; Denying Certificate of Appealability, judgment is entered in favor of Respondent Ed Foulk, Director of Napa State Hospital, against Petitioner Danny Kerbs.

The Clerk shall close this file.

Dated: December 20, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Karen Z Bovarnick Karen.Bovarnick@doj.ca.gov
Walter K. Pyle walt@wfkplaw.com

**Dated: December 20, 2010**                     **Richard W. Wieking, Clerk**

                                                **By:     /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**